**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Joel Alexis ROMERO–GIRON,**
**Defendant–Appellant.**

**No. 13–10162.**

United States Court of Appeals, Ninth Circuit.

Submitted June 12, 2014.*

Filed June 17, 2014.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Francisco Leon, Esquire, Law Office of Francisco Leon, Tucson, AZ, for Defendant–Appellant.

Joel Alexis Romero–Giron, White Deer, PA, pro se.

Before: McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

MEMORANDUM **

Joel Alexis Romero–Giron appeals from the district court's judgment and challenges his jury-trial conviction and 51–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Romero–Giron's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Romero–Giron the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

Romero–Giron's pro se motion for appointment of new counsel is **DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

The government's motion to allow late filing of the *Anders* letter is **GRANTED.**

**AFFIRMED.**